## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **HENRY RICHARDS**, | * |
| | * |
| Plaintiff, | * |
| | *  No. 3:22-cv-290 |
| v. | * |
| | *  JURY DEMAND |
| **HRISTO ZANEV; DIRECT TRUCKING CORP.** | * |
| **d/b/a SPARC TRANSPORT; and** | * |
| **CORNERSTONE CARGO, LLC,** | * |
| | * |
| Defendants. | * |

## NOTICE OF REMOVAL

Without submitting to the jurisdiction of this Court and without waiving any available defenses, including, without limitation, lack of jurisdiction, improper venue, statute of limitations, insufficient process, or insufficient service of process, Defendant Cornerstone Cargo, LLC. ("Cornerstone Cargo"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 hereby files this Notice of Removal of the above-described action to the United States District Court for the Eastern District of Tennessee from the Circuit Court for Monroe County, Tennessee where the action is now pending and states as follows:

1. This cause of action was commenced in the Circuit Court for Monroe County, Tennessee on July 28, 2022 and process was served on Cornerstone Cargo on August 3, 2022. A copy of Plaintiff's Complaint setting forth the claim for relief upon which the action is based was first received by the defendant on August 3, 2022. Thus, this removal is timely filed.

2. The action is a civil action for damages arising out of injuries sustained in an automobile accident which occurred on I-75 in Monroe County, Tennessee. The United States District Court for the Eastern District of Tennessee has jurisdiction by reason of the diversity citizenship of the parties and amount in controversy in excess of $75,000.

3. This is a suit between citizens of different states. At the time he commenced this action and at all times thereafter, Richards was and continues to be a citizen and resident of the State of Tennessee.

4. Cornerstone Cargo, LLC is a limited liability company. The citizenship of a limited liability company for purposes of diversity jurisdiction is the citizenship of its members. The sole member of Cornerstone Cargo, LLC is a citizen and resident of Illinois. Therefore, Cornerstone Cargo is a citizen of Illinois. *See Delay v. Rosenthal Collins Group, Inc.*, 585 F.3d 1003 (6th Cir. 2009).

5. Defendant Hristo Zonev is a citizen and resident of Georgia.

6. Defendant Direct Trucking Corp. d/b/a Sparc Transport is an Illinois corporation with a principal place of business in Illinois.

7. No Defendant is a citizen or resident of the State of Tennessee.

8. The matter in dispute exceeds $75,000, exclusive of interests and costs. (Exhibit A).

9. Defendants Hristo Zonev and Direct Trucking Corp. d/b/a Sparc Transport consent to the removal of this matter.

10. A copy of all pleadings and Orders served upon Cornerstone Cargo is filed with this Notice and attached hereto as Exhibit A.

11. Cornerstone Cargo will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

12. A copy of this Notice will be filed with the Clerk of the Circuit Court of Moroe County, Tennessee as required by 28 U.S.C. § 1446(d).

2

**WHEREFORE**, Cornerstone Cargo requests that this action proceed in this Court as an action properly removed to it.

Dated this the 24th day of August, 2022.

Respectfully submitted,

**CARR ALLISON**

BY:＿/s/ Sean W. Martin＿＿＿＿＿＿＿＿＿＿＿
**SEAN W. MARTIN, BPR #020870**
Attorneys for Defendant Cornerstone Cargo, LLC
736 Market St., Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (423) 648-9869
swmartin@carrallison.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022, I electronically filed **DEFENDANT CORNERSTONE CARGO, LLC'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ethan L. Evans
Wettermark Keith, LLC
1232 Premier Drive, Suite 325
Chattanooga, TN 37421

**CARR ALLISON**

BY: ＿＿＿＿/s/  Sean W. Martin＿＿＿＿＿＿＿＿
**SEAN W. MARTIN, BPR #020870**

3