# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **HENRY RICHARDS**, | * |
| | * |
| Plaintiff, | * |
| | *  No. 3:22-cv-290 |
| v. | * |
| | *  JURY DEMAND |
| **HRISTO ZANEV; DIRECT TRUCKING CORP.** | * |
| **d/b/a SPARC TRANSPORT; and** | * |
| **CORNERSTONE CARGO, LLC,** | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii) and *E.D. Tenn. L.R.* 68.1, and hereby stipulate that Plaintiff's claims and causes of action against the Defendants are hereby **DISMISSED WITH PREJUDICE**. This Stipulation of Dismissal is approved by all parties who have appeared in this matter. The parties will bear their own costs and attorneys' fees.

    Respectfully submitted,

    **CARR ALLISON**

    BY:  /s/ Sean W. Martin
        **SEAN W. MARTIN, BPR #020870**
        *Attorneys for Defendant Cornerstone Cargo, LLC*
        736 Market St., Suite 1320
        Chattanooga, TN 37402
        (423) 648-9832 / (423) 648-9869
        swmartin@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Ethan L. Evans
    Wettermark Keith, LLC
    1232 Premier Drive, Suite 325
    Chattanooga, TN 37421

                        **CARR ALLISON**

            BY: /s/ Sean W. Martin
                   **SEAN W. MARTIN, BPR #020870**